# EXHIBIT A

# Bloomberg

**Bloomberg L.P. 401(k) Plan
DANIEL J STETS**

**Statement Period**
October 01, 2015
December 31, 2015

Page 1 of 6

## Manage Your Account

 **Web Site**
Visit our Web Site at www.bloomberg401k.com

**Phone**
Empower Retirement
1-800-345-2345
(International: 1-847-857-3000)
(TTY: 1-800-345-1833)

**Mail**
Empower Retirement
P.O. Box 419784
Kansas City, MO 64141

DANIEL J STETS
127 E 34TH ST
APT 2A
NEW YORK, NY 10016-4637

## Retirement Forecast

As of 12-02-2015

Current forecasting shows you are on track to receive $88,776 in annual income during retirement (in today's dollars) if you retire at age 71. Would this be enough income to support the lifestyle you want if you retired today?

**Estimated Annual income
(in today's dollars)**



| $70,893 | $88,776 | $113,093 |
|---------|---------|----------|
| 68 | 71 | 74 |

For help developing a retirement saving strategy and for more information on factors used in this forecast, visit the Retirement Dream Machine at www.bloomberg401k.com to review the calculation methodology.

The Retirement Forecast shows a forecast regarding the likelihood of various outcomes, is hypothetical in nature, does not reflect actual investment results and is not a guarantee of future results. Due to factors taken into account for calculation purposes, including market conditions, results may vary each time a forecast is generated for you.

## Account-at-a-Glance

| | |
|---|---|
| **Beginning Balance** | **$515,752.39** |
| Money In | 2,625.00 |
| Money Out | 0.00 |
| Investment Gain/(Loss) | 23,944.88 |
| **Ending Balance** | **$542,322.27** |
| Vested Balance | $542,322.27 |

## Your Personalized Checklist

As of 01-01-2016

For help developing a retirement saving strategy and improving your checklist score, visit www.bloomberg401k.com.



Am I participating in my employer's savings plan? ☐

Am I saving enough? ☐

Am I a long-term investor? ☑

Am I diversified within equities? ☑

Am I avoiding frequent trades? ☐

Am I letting my investments grow? ☑

## Account Activity by Source

| | Pre Tax Contribution | UK Pre tax | Company Match | UK Match | Total |
|---|---|---|---|---|---|
| **Beginning Balance** | **330,679.12** | **37,614.68** | **132,449.35** | **15,009.24** | **515,752.39** |
| Money In | 2,625.00 | 0.00 | 0.00 | 0.00 | 2,625.00 |
| Money Out | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Transfers In/(Out) | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Investment Gain/(Loss) | 15,356.11 | 1,745.08 | 6,147.33 | 696.36 | 23,944.88 |
| **Ending Balance** | **348,660.23** | **39,359.76** | **138,596.68** | **15,705.60** | **542,322.27** |
| Vested Percent | 100% | 100% | 100% | 100% | N/A |
| Vested Balance | 348,660.23 | 39,359.76 | 138,596.68 | 15,705.60 | 542,322.27 |

## Period-to-Date Activity from 10-01-2015 to 12-31-2015

| Account Activity | Vanguard Institutional Index-Inst Plus | Harbor Capital Appreciation-Inst | Fidelity Contrafund | Vanguard Mid-Cap Index-Inst | Vanguard Small Cap Index-Inst |
|---|---|---|---|---|---|
| Beginning Share Price | 175.41 | 60.09 | 97.17 | 31.92 | 51.74 |
| Number of Shares | 423.9811 | 878.7355 | 332.1955 | 5,642.0912 | 1,169.9852 |
| **Beginning Balance** | **$74,370.53** | **52,803.21** | **32,279.44** | **180,095.56** | **60,535.04** |
| Pre-tax Contributions | 393.76 | 393.76 | 393.74 | 525.00 | 262.50 |
| Dividends/Capital Gains/Interest | 479.01 | 3,664.34 | 1,435.42 | 937.93 | 352.91 |
| Market Earnings (Losses) | 4,765.56 | 606.97 | 610.11 | 5,253.44 | 1,533.88 |
| **Ending Balance** | **$80,008.86** | **57,468.28** | **34,718.71** | **186,811.93** | **62,684.33** |
| Closing Share Price | 186.63 | 60.81 | 98.95 | 32.85 | 53.05 |
| Number of Shares | 428.7031 | 945.0464 | 350.8713 | 5,686.8169 | 1,181.6086 |

# Bloomberg

**Bloomberg L.P. 401(k) Plan**
**DANIEL J STETS**

Statement Period
October 01, 2015
December 31, 2015

Page 3 of 6

| Account Activity | Vanguard Explorer-Admiral | Vanguard Developed Markets Index-Inst | Total |
|---|---|---|---|
| Beginning Share Price | 80.17 | 11.45 | N/A |
| Number of Shares | 498.6565 | 6,610.5961 | N/A |
| **Beginning Balance** | **$39,977.29** | **75,691.32** | **515,752.39** |
| Pre-tax Contributions | 262.50 | 393.74 | 2,625.00 |
| Dividends/Capital Gains/Interest | 4,071.07 | 470.55 | 11,411.23 |
| Market Earnings (Losses) | (2,757.88) | 2,521.57 | 12,533.65 |
| **Ending Balance** | **$41,552.98** | **79,077.18** | **542,322.27** |
| Closing Share Price | 74.78 | 11.83 | N/A |
| Number of Shares | 555.8184 | 6,684.4607 | N/A |



## Checkpoint

As of 01-01-2016

What are you missing by not saving in your 401(k) plan? To find out or sign up, visit your plan's Web site.

## Investment of Future Contributions as of 01-05-2016

| Fund Name | All Sources |
|---|---|
| Fidelity Contrafund | 15.00 |
| Harbor Cap App-Inst | 15.00 |
| Vngrd Ist Ix-Ist Pls | 15.00 |
| Vngrd Explorer-Adm | 10.00 |
| Vngrd MidCap Idx-Ist | 20.00 |
| Vanguard SC Index | 10.00 |
| Vanguard Dev Mrkts | 15.00 |
| **Total** | **100.00%** |

## Fee Details

from 10-01-2015 to 12-31-2015

No individual participant or administrative fees were charged during the period listed.

Some of the plan's administrative fees were paid from the total annual operating expenses of one or more of the plan's investments. Those amounts could include shareholding servicing fees, 12b-1 fees, sub-transfer agent fees or similar amounts.

## Your Beneficiary Information

| Primary Beneficiary Name | Relationship | Allocation |
|---|---|---|
| MILICA STETS | OTHER | 100.00% |

You have 1 secondary beneficiary(ies) on record. To validate or update your beneficiary information, please visit your plan's Web site.

This list represents beneficiary information for this plan as of 01-05-2016 if the beneficiary information was designated online. Beneficiaries designated using paper forms are still valid but will not be reflected on this statement unless they are entered into the online system, if available for this plan. Your final beneficiary designation will be confirmed at the time of your death. This page is provided for your information only.

## Asset Mix

Asset mix is your mix between asset classes. To learn more about asset classes and asset mix, visit your plan's Web site.



☐  100.00%  Stocks

## Your Personal Rate of Return

| | |
|---|---|
| Last 3 Months | 4.65 |
| 1 Year | (1.61) |
| 3 Year Annualized | 7.23 |
| 5 Year Annualized | --- |
| 10 Year Annualized | --- |
| Since Inception | 6.90 |
| Inception Date | 05/01/2012 |

Your Personal Rate of Return is calculated on your account balance while recordkeeping services are provided at Empower Retirement or, if you have converted to Empower Retirement from another recordkeeper, beginning in the month after your conversion is complete. It is calculated using a time-weighted rate of return using monthly data. It is important to note that past performance does not guarantee future results.

## Your Account Summary

| Asset Class | | Fund Name | Number of Shares | Share Price | Ending Balance | Investment Gain/(Loss) |
|---|---|---|---|---|---|---|
| 100.00% Stocks | | | | | | |
| | 85.42% U.S. Stocks | | | | | |
| | 14.75% | Vanguard Institutional Index-Inst Plus | 428.7031 | 186.63 | 80,008.86 | 5,244.57 |
| | 10.60% | Harbor Capital Appreciation-Inst | 945.0464 | 60.81 | 57,468.28 | 4,271.31 |
| | 6.40% | Fidelity Contrafund | 350.8713 | 98.95 | 34,718.71 | 2,045.53 |
| | 34.45% | Vanguard Mid-Cap Index-Inst | 5,686.8169 | 32.85 | 186,811.93 | 6,191.37 |
| | 11.56% | Vanguard Small Cap Index-Inst | 1,181.6086 | 53.05 | 62,684.33 | 1,886.79 |
| | 7.66% | Vanguard Explorer-Admiral | 555.8184 | 74.76 | 41,552.98 | 1,313.19 |
| | 14.58% International Stocks | | | | | |
| | 14.58% | Vanguard Developed Markets Index-Inst | 6,684.4607 | 11.83 | 79,077.18 | 2,992.12 |
| **Ending Balance** | | | | | **542,322.27** | **23,944.88** |

This confirms transactions during the stated time period. Please review all of the information carefully to ensure that we have acted on your instructions properly. Please notify Empower Retirement, in writing, of any error within this statement. The actual benefits payable will be determined by the plan document that governs the operation of your plan. If you have any questions concerning your benefits, please contact Empower Retirement at 1-800-345-2345.

# Bloomberg

**Bloomberg L.P. 401(k) Plan**
**DANIEL J STETS**

**Statement Period**
October 01, 2015
December 31, 2015

Page 5 of 6

## Performance as of 12-31-2015

Performance data is only reported for core investments and does not include any self-directed brokerage account information.
✓  Indicates funds in which you are invested.

| Asset Class and Fund Name | Ticker Symbol | 3 Months | 1 Year | Average Annual Returns | | | | Inception Date |
|---|---|---|---|---|---|---|---|---|
| | | | | 3 Years | 5 Years | 10 Years | Since Inception | |
| **Cash Alternatives** | | | | | | | | |
| **Money Market** | | | | | | | | |
| Vngrd Prime MM-Adm | VMRXX | 0.05 | 0.11 | 0.08 | 0.10 | 1.45 | 3.37 | 10/03/1989 |
| *Citi Treasury Bill 3 Mon* | | *0.02* | *0.03* | *0.04* | *0.06* | *1.17* | *---* | |
| **Stable Asset** | | | | | | | | |
| Galliard StableValue | | 0.42 | 1.73 | 1.84 | 2.16 | 3.38 | 4.44 | 01/01/1998 |
| *Citi Treasury Bill 3 Mon* | | *0.02* | *0.03* | *0.04* | *0.06* | *1.17* | *---* | |
| **Bonds** | | | | | | | | |
| PIMCO Total Ret-Inst | PTTRX | 0.48 | 0.74 | 1.14 | 3.53 | 5.77 | 7.58 | 05/11/1987 |
| *BarCap US Agg Bond* | | *(0.57)* | *0.55* | *1.45* | *3.25* | *4.52* | *---* | |
| VngrdTot Bnd Ix-Ist | VBTIX | (0.61) | 0.41 | 1.34 | 3.16 | 4.50 | 5.41 | 09/18/1995 |
| *BarCap US Agg Bond* | | *(0.57)* | *0.55* | *1.45* | *3.25* | *4.52* | *---* | |
| **Asset Allocation** | | | | | | | | |
| Dodge & Cox Balanced | DODBX | 3.16 | (2.87) | 10.73 | 9.58 | 5.77 | 9.72 | 06/26/1931 |
| *S&P 500* | | *7.05* | *1.39* | *15.13* | *12.57* | *7.31* | *---* | |
| LifePath Ix Ret NL | | 1.05 | (1.25) | 3.46 | 4.46 | N/A | 7.55 | 08/31/2011 |
| *BarCap US Agg Bond* | | *(0.57)* | *0.55* | *1.45* | *3.25* | *4.52* | *---* | |
| LifePath Ix 2020 NL | | 1.72 | (1.40) | 4.63 | 5.13 | N/A | 9.42 | 08/31/2011 |
| *Russell 1000* | | *6.50* | *0.92* | *15.01* | *12.45* | *7.41* | *---* | |
| LifePath Ix 2025 NL | | 2.34 | (1.51) | 5.35 | 5.56 | N/A | 10.27 | 08/31/2011 |
| *Russell 1000* | | *6.50* | *0.92* | *15.01* | *12.45* | *7.41* | *---* | |
| LifePath Ix 2030 NL | | 2.93 | (1.63) | 5.91 | 5.90 | N/A | 10.94 | 08/31/2011 |
| *Russell 1000* | | *6.50* | *0.92* | *15.01* | *12.45* | *7.41* | *---* | |
| LifePath Ix 2035 NL | | 3.49 | (1.76) | 6.44 | 6.21 | N/A | 11.58 | 08/31/2011 |
| *Russell 1000* | | *6.50* | *0.92* | *15.01* | *12.45* | *7.41* | *---* | |
| LifePath Ix 2040 NL | | 3.95 | (1.94) | 6.89 | 6.47 | N/A | 12.14 | 08/31/2011 |
| *Russell 1000* | | *6.50* | *0.92* | *15.01* | *12.45* | *7.41* | *---* | |
| LifePath Ix 2045 NL | | 4.16 | (2.07) | 7.34 | 6.70 | N/A | 12.68 | 08/31/2011 |
| *Russell 1000* | | *6.50* | *0.92* | *15.01* | *12.45* | *7.41* | *---* | |
| LifePath Ix 2050 NL | | 4.23 | (2.09) | 7.78 | 6.98 | N/A | 13.21 | 08/31/2011 |
| *Russell 1000* | | *6.50* | *0.92* | *15.01* | *12.45* | *7.41* | *---* | |
| LifePath Ix 2055 NL | | 4.23 | (2.08) | 8.15 | 7.26 | N/A | 9.51 | 08/31/2011 |
| *Russell 1000* | | *6.50* | *0.92* | *15.01* | *12.45* | *7.41* | *---* | |
| LifePath IX 2060 NL | | 4.19 | 4.19 | N/A | N/A | N/A | (0.56) | 01/05/2015 |
| *Russell 1000* | | *6.50* | *0.92* | *15.01* | *12.45* | *7.41* | *---* | |
| **Stocks** | | | | | | | | |
| **U.S. Stocks** | | | | | | | | |
| Dodge & Cox Stock | DODGX | 4.55 | (4.49) | 14.02 | 11.85 | 5.69 | 10.93 | 01/04/1965 |
| *S&P 500* | | *7.05* | *1.39* | *15.13* | *12.57* | *7.31* | *---* | |
| Parnassus CoreEq-Ins | PRILX | 4.84 | (0.34) | 15.32 | 12.89 | N/A | 9.71 | 04/28/2006 |
| *S&P 500* | | *7.05* | *1.39* | *15.13* | *12.57* | *7.31* | *---* | |
| ✓ Vngrd Ist Ix-Ist Pls | VIIIX | 7.06 | 1.40 | 15.13 | 12.57 | 7.34 | 6.48 | 07/07/1997 |
| *S&P 500* | | *7.05* | *1.39* | *15.13* | *12.57* | *7.31* | *---* | |

## Performance as of 06-30-2015 (continued)

Performance data is only reported for core investments and does not include any self-directed brokerage account information.
✓   Indicates funds in which you are invested.

| Asset Class and Fund Name | Ticker Symbol | 3 Months | 1 Year | Average Annual Returns | | | Since Inception | Inception Date |
|---|---|---|---|---|---|---|---|---|
| | | | | 3 Years | 5 Years | 10 Years | | |
| ✓ Fidelity Contrafund | FCNTX | 1.01 | 10.30 | 17.43 | 17.11 | 9.86 | 12.51 | 05/17/1967 |
| S&P 500 | | 0.28 | 7.43 | 17.31 | 17.35 | 7.90 | --- | |
| ✓ Vngrd MidCap Idx-Ist | VMCIX | (1.17) | 8.66 | 19.71 | 18.27 | 9.41 | 10.16 | 05/21/1998 |
| MSCI US Mid Cap 450 GR | | (0.83) | 8.35 | 20.24 | 18.60 | 9.55 | --- | |
| Royce Total Rtn-Inst | RTRIX | (0.95) | (0.41) | 14.33 | 13.84 | 7.54 | 10.49 | 03/04/2003 |
| Russell 2000 | | 0.43 | 6.49 | 17.82 | 17.09 | 8.41 | --- | |
| ✓ Vanguard SC Index | VSCIX | (0.57) | 5.25 | 18.75 | 18.18 | 9.53 | 9.05 | 07/07/1997 |
| CRSP US Small Cap TR | | (0.59) | 5.21 | 19.12 | 18.57 | 9.99 | --- | |
| ✓ Vngrd Explorer-Adm | VEXRX | 0.10 | 8.18 | 19.83 | 18.76 | 9.02 | 9.22 | 11/12/2001 |
| Russell 2500 Growth | | 0.62 | 11.31 | 20.35 | 19.55 | 10.33 | --- | |
| **International Stocks** | | | | | | | | |
| Harbor Int'l-Inst | HAINX | 1.58 | (4.13) | 10.01 | 9.79 | 8.13 | 11.46 | 12/29/1987 |
| MSCI EAFE NR | | 0.62 | (4.23) | 11.98 | 9.54 | 5.12 | --- | |
| ✓ Vanguard Dev Mrkts | VTMNX | 1.03 | (3.95) | 12.02 | 9.88 | 5.40 | 4.30 | 01/04/2001 |
| FTSE Developed ex NorthAmerica | | 0.62 | (4.15) | 11.75 | 9.46 | 5.41 | --- | |
| Aberdeen Emg Mkts | ABEMX | (1.85) | (7.92) | 1.57 | 5.44 | N/A | 6.25 | 05/11/2007 |
| MSCI EM GR | | 0.82 | (4.78) | 4.08 | 4.04 | 8.46 | --- | |

The Department of Labor's Web site has more information about individual investing and diversification. Please go to http://www.dol.gov/ebsa/investing.html for more information.

This benefit statement provides your vested benefit payable under the plan as of the end of the statement period. If you are terminated and eligible for a distribution, you may obtain more detailed information about your distribution options for these amounts by accessing your plan's Web Site or Summary Plan Description (SPD). The amount eligible for a distribution in a lump sum may vary from the amount shown on this statement due to investment gains and/or losses that occur after the statement period end date. If you wish to contact us, please see the Managing Your Account section, located on page one of this benefit statement.

To help achieve long-term retirement security, you should give careful consideration to the benefits of a well-balanced and diversified investment portfolio. Spreading your assets among different types of investments may help you achieve a favorable rate of return, while it may minimize your overall risk of losing money. This is because market or other economic conditions that cause one category of assets, or one particular security, to perform very well often cause another asset category, or another particular security, to perform poorly. If you invest more than 20% of your retirement savings in any one company or industry, your savings may not be properly diversified. Although diversification is not a guarantee against loss, it may be an effective strategy to help you manage investment risk.

In deciding how to invest your retirement savings, you should take into account all of your assets, including any retirement savings outside of the Plan. No single approach is right for everyone because, among other factors, individuals have different financial goals, different time horizons for meeting their goals, and different tolerances for risk.

It is also important to periodically review your investment portfolio, your investment objectives, and the investment options under the Plan to help ensure that your retirement savings will meet your retirement goals.

Trade Control Policy -- If you exchange any amount out of certain investment options, such as mutual funds, you will not be permitted to purchase shares of the same investment option through investment transfer activity for 30 calendar days. However, you will still be able to invest in the investment option through your payroll contributions, loan repayments, employer contributions or rollover contributions. If you have any questions regarding this policy call Empower Retirement or contact us via our Web site.

Mutual funds and commingled funds charge fees, or "expense ratios," to cover the cost of maintaining and managing the fund. These expense ratios are outlined in the fund prospectus or other disclosure documents. When used in retirement plans, these funds (including J.P. Morgan funds) may pay a portion of these fees to Empower Retirement for the services provided to plan participants. Empower Retirement uses these payments to offset recordkeeping and other shareholder servicing expenses that would otherwise appropriately be paid for by the plan and its participants. In some circumstances the sponsor may otherwise pay these expenses.