**EXHIBIT C**

**MARY-ANNE STETS**
**Attorney-in-Fact for DANIEL JOSEPH STETS**
369 Taugwonk Road
Stonington, CT 06378

October 27th, 2016

**VIA FEDERAL EXPRESS**
Human Resources
Bloomberg L.P.
731 Lexington Avenue
New York, NY 10022

                      Re:    **Daniel Joseph Stets**

Dear Sir/Madam:

Please be advised that I am appointed as an attorney-in-fact by my brother, Daniel Joseph Stets. Enclosed is a copy of the following documents:

- Copy of the General Power of Attorney executed by Daniel Joseph Stets in favor of Mary-Anne Stets.
- Original Affidavit as to the Power of Attorney being in full force and effect and not being revoked.

I do hereby instruct Bloomberg L.P. to provide any information or documentation required by my attorney's office regarding any and all Bloomberg 401K accounts maintained by my brother and the life insurance policies on his life.

Please check for any accounts and the life insurance policies that Daniel Joseph Stets may have at Bloomberg, and provide the following information:

- Exact title of the accounts.
- List of all securities held in the accounts indicating the number of shares and the value.
- Names of all beneficiaries listed on the accounts.
- Life insurance policy number, the face value and the beneficiary designation.

Page 2

Please send this information to my attorney at the following address:

Scott Lavin, Esq.
Robinson Brog Leinwand Greene Genovese & Gluck P.C.
875 Third Avenue, 9th Floor
New York, NY 10022

Please also forward all future statements to my address at 369 Taugwonk Road, Stonington, Ct 06378 and the duplicate statements to my attorney.

If you have any questions, please contact Lana Angarsky at 212-603-0493 or Scott Lavin at 212-603-6349.

_____
MARY-ANNE STETS


STATE OF CONNECTICUT )
                     ).ss:
COUNTY OF New London )

Sworn to before me on this 27th day of October, 2016

_____
Luisa A. Watrous
Notary Public
My Commission Expires
4/30/2019

{00819617.DOCX;1}

N.Y. Statutory Short Form Power of Attorney
Effective 09/12/2010


Judicial Title

# NEW YORK STATUTORY POWER OF ATTORNEY
## AFFIDAVIT AS TO POWER OF ATTORNEY

STATE OF New York
COUNTY OF New York SS:

Mary Anne Stets, being duly sworn, deposes and says as follows:

1. This affidavit is made in connection with the (transfer)(mortgage) of property known as      , in     , New York to     .

2. I am (the)(an) agent named in the Power of Attorney (hereafter "Power of Attorney") made by Daniel S Stets, as principal (the "Principal"), dated 1/2/14

3. I do not have actual notice that the Power of Attorney has been modified in any way that would affect my ability to authorize or engage in the present transaction for which the Power of Attorney is being used, or notice of any facts indicating that the Power of Attorney has been so modified.

4. I do not have actual notice of the termination or revocation of the Power of Attorney, or notice of any facts indicating that the Power of Attorney has been terminated or revoked, and the Power of Attorney remains in full force and effect.

5. If the Principal has been my spouse, we are not divorced and our marriage has not been annulled.

6. If I am a successor agent, the prior agent is no longer able or willing to serve.

Mary Anne Stets
Mary Anne Stets

Sworn to before me this 20th day of October, 2016

Notary Public

NOTE: If multiple agents are appointed, an affidavit is to be executed by each agent.

SCOTT A. LAVIN
Notary Public, State of New York
No. 02LA6007683
Qualified in New York County
Commission Expires Aug. 14, 2018

N.Y. Statutory Short Form Power of Attorney
Effective 09/12/2010


Judicial Title

# POWER OF ATTORNEY
# NEW YORK STATUTORY SHORT FORM

(a) CAUTION TO THE PRINCIPAL: Your Power of Attorney is an important document. As the "principal," you give the person whom you choose (your "agent") authority to spend your money and sell or dispose of your property during your lifetime without telling you. You do not lose your authority to act even though you have given your agent similar authority.

When your agent exercises this authority, he or she must act according to any instructions you have provided or, where there are no specific instructions, in your best interest. "Important Information for the Agent" at the end of this document describes your agent's responsibilities.

Your agent can act on your behalf only after signing the Power of Attorney before a notary public.

You can request information from your agent at any time. If you are revoking a prior Power of Attorney, you should provide written notice of the revocation to your prior agent(s) and to any third parties who may have acted upon it, including the financial institutions where your accounts are located.

You can revoke or terminate your Power of Attorney at any time for any reason as long as you are of sound mind. If you are no longer of sound mind, a court can remove an agent for acting improperly.

Your agent cannot make health care decisions for you. You may execute a "Health Care Proxy" to do this.

The law governing Powers of Attorney is contained in the New York General Obligations Law, Article 5, Title 15. This law is available at a law library, or online through the New York State Senate or Assembly websites, www.senate.state.ny.us or www.assembly.state.ny.us.

If there is anything about this document that you do not understand, you should ask a lawyer of your own choosing to explain it to you.

(b) DESIGNATION OF AGENT(S):

I, Daniel Joseph Stets, 127 East 34th Street, Apt 2A, New York, New York   , hereby appoint:
_10016_
         [name and address of principal]

Mary-Anne Stets, 369 Taugwonk Road, Stonington, CT 06378_____   as my agent(s)
         [name(s) and address(es) of agent(s)]

N.Y. Statutory Short Form Power of Attorney
Effective 09/12/2010


Judicial Title

If you designate more than one agent above, they must act together unless you initial the statement below.

(_____) My agents may act SEPARATELY.

### (c) DESIGNATION OF SUCCESSOR AGENT(S): (OPTIONAL)
If every agent designated above is unable or unwilling to serve, I appoint as my successor agent(s):

Henry Weseloh Maxwell, 369 Taugwonk Road, Stonington, CT 06378
[name(s) and address(es) of successor agent(s)]

Successor agents designated above must act together unless you initial the statement below.

(_____) My successor agents may act SEPARATELY.

You may provide for specific succession rules in this section. Insert specific succession provisions here:


(d) This POWER OF ATTORNEY shall not be affected by my subsequent incapacity unless I have stated otherwise below, under 'Modifications".

(e) This POWER OF ATTORNEY does not revoke any Powers of Attorney previously executed by me unless I have stated otherwise below, under "Modifications."

If you do not intend to revoke your prior Powers of Attorney, and if you have granted the same authority in this Power of Attorney as you granted to another agent in a prior Power of Attorney, each agent can act separately unless you indicate under "Modifications" that the agents with the same authority are to act together.

### (f) GRANT OF AUTHORITY:
To grant your agent some or all of the authority below, either
    (1) Initial the bracket at each authority you grant, or
    (2) Write or type the letters for each authority you grant on the blank line at (P), and initial the bracket at (P). If you initial (P), you do not need to initial the other lines.

I grant authority to my agent(s) with respect to the following subjects as defined in sections 5-1502A through 5-1502N of the New York General Obligations Law:

(_____) (A) real estate transactions;
(_____) (B) chattel and goods transactions;
(_____) (C) bond, share, and commodity transactions;
(_____) (D) banking transactions;
(_____) (E) business operating transactions;
(_____) (F) insurance transactions;
(_____) (G) estate transactions;

N.Y. Statutory Short Form Power of Attorney
Effective 09/12/2010

Judicial Title

(_____) (H) claims and litigation;
(_____) (I) personal and family maintenance. If you grant your agent this authority, it will allow the agent to make gifts that you customarily have made to individuals, including the agent, and charitable organizations. The total amount of all such gifts in any one calendar year cannot exceed five hundred dollars;
(_____) (J) benefits from governmental programs or civil or military service;
(_____) (K) health care billing and payment matters; records, reports, and statements;
(_____) (L) retirement benefit transactions;
(_____) (M) tax matters;
(_____) (N) all other matters;
(_____) (O) full and unqualified authority to my agent(s) to delegate any or all of the foregoing powers to any person or persons whom my agent(s) select;
(QS) (P) EACH of the matters identified by the following letters A-O You need not initial the other lines if you initial line (P).

**(g) MODIFICATIONS: (OPTIONAL)** In this section, you may make additional provisions, including language to limit or supplement authority granted to your agent.

However, you cannot use this Modifications section to grant your agent authority to make gifts or changes to interests in your property. If you wish to grant your agent such authority, you MUST complete the Statutory Gifts Rider.

**(h) CERTAIN GIFTS TRANSACTIONS: STATUTORY GIFTS RIDER (OPTIONAL)**

In order to authorize your agent to make gifts in excess of an annual total of $500 for all gifts described in (I) of the grant of authority section of this document (under personal and family maintenance), you must initial the statement below and execute a Statutory Gifts Rider at the same time as this instrument. Initialing the statement below by itself does not authorize your agent to make gifts. The preparation of the Statutory Gifts Rider should be supervised by a lawyer.

(      ) (SGR) I grant my agent authority to make gifts in accordance with the terms and conditions of the Statutory Gifts Rider that supplements this statutory Power of Attorney.

**(i) DESIGNATION OF MONITOR(S): (OPTIONAL)**

IF YOU WISH TO APPOINT MONITOR(S), INITIAL AND FILL IN THE SECTION BELOW:

(      ) I wish to designate _____, whose address(es) is(are) _____,

as monitor(s). Upon the request of the monitor(s), my agent(s) must provide the monitor(s) with a copy of the power of attorney and a record of all transactions done or made on my behalf. Third parties holding records of such transactions shall provide the records to the monitor(s) upon request.

N.Y. Statutory Short Form Power of Attorney
Effective 09/12/2010


Judicial Title

(j) **COMPENSATION OF AGENT(S): (OPTIONAL)** Your agent is entitled to be reimbursed from your assets for reasonable expenses incurred on your behalf. If you ALSO wish your agent(s) to be compensated from your assets for services rendered on your behalf, initial the statement below. If you wish to define "reasonable compensation", you may do so above, under "Modifications."

(_____) My agent(s) shall be entitled to reasonable compensation for services rendered.

(k) **ACCEPTANCE BY THIRD PARTIES:** I agree to indemnify the third party for any claims that may arise against the third party because of reliance on this Power of Attorney. I understand that any termination of this Power of Attorney, whether the result of my revocation of the Power of Attorney or otherwise, is not effective as to a third party until the third party has actual notice or knowledge of the termination.

(l) **TERMINATION:** This Power of Attorney continues until I revoke it or it is terminated by my death or other event described in section 5-1511 of the General Obligations Law.

Section 5-1511 of the General Obligations Law describes the manner in which you may revoke your Power of Attorney, and the events which terminate the Power of Attorney.

N.Y. Statutory Short Form Power of Attorney
Effective 09/12/2010


Judicial Title

**(m) SIGNATURE AND ACKNOWLEDGMENT:**

In Witness Whereof I have hereunto signed my name on   October 2nd   ,2014.

PRINCIPAL signs here: _____

State of New York
County of New York ss.:

On the 2nd day of October in the year 2014 before me, the undersigned, personally appeared Daniel Joseph Stets, personally known to me or proved to me on the basis of satisfactory evidence to be the individual(s) whose name(s) is (are) subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their capacity(ies), and that by his/her their signature(s) on the instrument, the individual(s), or the person upon behalf of which the individual(s) acted, executed the instrument.

_____
Signature and Office of individual taking acknowledgment

**(n) IMPORTANT INFORMATION FOR THE AGENT:**

When you accept the authority granted under this Power of Attorney, a special legal relationship is created between you and the principal. This relationship imposes on you legal responsibilities that continue until you resign or the Power of Attorney is terminated or revoked. You must:

(1) act according to any instructions from the principal, or, where there are no instructions, in the principal's best interest;
(2) avoid conflicts that would impair your ability to act in the principal's best interest;
(3) keep the principal's property separate and distinct from any assets you own or control, unless otherwise permitted by law;
(4) keep a record or all receipts, payments, and transactions conducted for the principal; and
(5) disclose your identity as an agent whenever you act for the principal by writing or printing the principal's name and signing your own name as "agent" in either of the following manners: (Principal's Name) by (Your Signature) as Agent, or (Your Signature) as Agent for (Principal's Name).

You may not use the principal's assets to benefit yourself or anyone else or make gifts to yourself or anyone else unless the principal has specifically granted you that authority in this document, which is either a Statutory Gifts Rider attached to a statutory Short Form Power of Attorney or a non-statutory Power of Attorney. If you have that authority, you must act according to any instructions of the principal or, where there are no such instructions, in the principal's best interest. You may resign by giving written notice to the principal and to any co-agent, successor agent, monitor if one has been named in this document, or the principal's guardian if one has been appointed. If there is anything about this document or your responsibilities that you do not understand, you should seek legal advice.

N.Y. Statutory Short Form Power of Attorney
Effective 09/12/2010


Judicial Title

Liability of agent:
The meaning of the authority given to you is defined in New York's General Obligations Law, Article 5, Title 15. If it is found that you have violated the law or acted outside the authority granted to you in the Power of Attorney, you may be liable under the law for your violation.

(o) AGENT'S SIGNATURE AND ACKNOWLEDGMENT OF APPOINTMENT: It is not required that the principal and the agent(s) sign at the same time, nor that multiple agents sign at the same time.

I/we, Mary-Anne Stets                                , have read the foregoing Power of Attorney. I am/we are the person(s) identified therein as agent(s) for the principal named therein.

I/we acknowledge my/our legal responsibilities.

Agent(s) sign(s) here: _MaryLeane Stets_

State of ~~New York~~ Connecticut
County of ~~New~~ London ss.:

On the 23rd day of February the year ~~2014~~ 2016 before me, the undersigned, personally appeared Mary-Anne Stets, personally known to me or proved to me on the basis of satisfactory evidence to be the individual(s) whose name(s) is (are) subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their capacity(ies), and that by his/her their signature(s) on the instrument, the individual(s), or the person upon behalf of which the individual(s) acted, executed the instrument.

_Louisa A. Watrous_
Signature and Office of individual taking acknowledgment
My Commission Expires 11/30/2019

(p) SUCCESSOR AGENT'S SIGNATURE AND ACKNOWLEDGEMENT OF APPOINTMENT:

It is not required that the principal and the successor agent(s), if any, sign at the same time, nor that multiple successor agents sign at the same time. Furthermore, successor agents cannot use this Power of Attorney unless the agent(s) designated above is/are unable or unwilling to serve.

I/we, Henry Weseloh Maxwell                , have read the foregoing Power of Attorney, I am/we are the person(s) identified therein as successor agent(s) for the principal named therein.

I/we acknowledge my/our legal responsibilities.

Agent(s) sign(s) here: _Hey W. Maxwell_

N.Y. Statutory Short Form Power of Attorney
Effective 09/12/2010


Judicial Title

State of ~~New York~~ Connecticut
County of ~~New~~ Hartford ss.:

On the 23rd day of February in the year ~~2014~~ 2016 before me, the undersigned, personally appeared Henry Weseloh, Maxwell, personally known to me or proved to me on the basis of satisfactory evidence to be the individual(s) whose name(s) is (are) subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their capacity(ies), and that by his/her their signature(s) on the instrument, the individual(s), or the person upon behalf of which the individual(s) acted, executed the instrument.

Louisa A. Watrous
_____
Signature and Office of individual taking acknowledgment
My commission expires 11/30/2019

State of New York
County of        ss.:

On the      day of      in the year      before me, the undersigned, personally appeared      , personally known to me or proved to me on the basis of satisfactory evidence to be the individual(s) whose name(s) is (are) subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their capacity(ies), and that by his/her their signature(s) on the instrument, the individual(s), or the person upon behalf of which the individual(s) acted, executed the instrument.

_____
Signature and Office of individual taking acknowledgment

RETURN BY MAIL TO: